## BANK v. COTTON COMPANY.

(Filed 22 January, 1924.)

PER CURIAM. This case, by consent, was consolidated and heard with *Bank of Union v. Heath,* and involves the same questions as are presented in that case. For the reasons there given, the judgment in this case is also

Affirmed.

CLARKSON, J., not sitting.